# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT CALIFORNIA

ASHDON "ASHLIEGH" SCHEXNAYDER
ANTONIO "ASIA" CRAWFORD
<u>Plaintiffs</u>

Case # CV-22-158-TUC-JCH-PSOT

V.

M. RIOS REGION DIRECTOR
UNKNOWN TRANSGENDER EXECUTIVE COMMITEE
<u>Defendants</u>

## EMERGENCY CLASS ACTION PERMANENT INJUNCTION FOR DECALATORY RELIEF IN SUPPORT OF MEMORANDUM OF LAW

### Jurisdiction & Venue

1) This court acquires jurisdiction, pursuant to Article III section 2, of the United States Constitution

2) This court acquires jurisdiction, pursuant to Federal Law 28 U.S.C. § 1331

3) All of the Defendants, and a substantial part of the event, arised and occured here, venue is proper in this court, according to Federal Law 28 U.S.C. § 1391(b)(1),(2) also see (Lam v. Liberty Mut. Grp., INC. 716 Fed. Appx. 646, 647 9th Cir. 2018)

### PARTIES

4) The PLAINTIFF, ASHDON "Ashliegh" SCHEXNAYDER, is a Transgender girl, confined in an All male high security Penitentiary. Address: 51670-074 P.O. box 24550 USP-Tucson, Tucson, AZ 85734

5) The Plaintiff, Antonio "Asia" Crawford, is a Transgender girl, confined also in an All male high security Penitentiary. Address: 43793-424 P.O. box 24550 USP-Tucson, Tucson, AZ 85734

6) The Defendant M. Rios, is the Regional Director, to the Federal Bureau of Prisons, He supervises the USP-Tucson Penitentiary. He is being sued in his offical capacity. Address: 7338 Shoreline Drive; Stockton, California 95219

7) The Defendant, Unknown Transgender Executive Commitee, is the F.B.O.P. Transgender inmate designators, They are also, being sued in their official capacity. Address: 7338 Shoreline Drive; Stockton, California 95219

## Introduction & Claim

8) The Plaintiffs, contest that the Defendants, who are prison officials, placed our lifes, in a substantial risk of harm, deliberately, by failing to protect us, from violence, at the hands of other inmates. The Defendants actions and inactions violates, common law and the Eighth Amendment to the United States Constitution, including the Equal Protection Clause. Judicial Intervention is needed, to immediately stop, an irreparable harm that's about to happen

## Statement Of Facts

3

9) The Plaintiff, Ashliegh, is a Transgender girl diagnosed with Gender Dysphoria (GD), federally convicted as a male, and is confined around all males, at the USP-Tucson

10) The Plaintiff, Asia, is a Transgender girl diagnosed with Gender Dysphoria (GD), federally convicted as a male, and is confined around all males, at the USP-Tucson

11) The Defendant, M. Rios, is the supervisor of the USP-Tucson (United States Penitentiary Tucson), which he controls, by conducting events that arises here in California

12) The Defendant, M. Rios and the other Defendant Unknown Transgender Executive Commitee (TEC), has carefully reviewed the plaintiff Ashliegh's inmate records, that revealed that she is a transgender girl, that's small, with feminine appearances and needs protection from violent inmates

13) After the Defendants reviewed this, the Defendants approved for Ashliegh to be designated to the USP-Tucson for her protection, while knowing, that this High Security Prison has a high inmate population of those convicted of sexual offenses against vulnerable victims

14) The Defendants, has carefully reviewed the Plaintiff Asia's inmate records that revealed, that she is a Transgender that's been sexually victimized by violent prisoners due to her feminine appearances and needs protection from violent inmates

4

15) After, the Defendants reviewed, this the Defendants approved for Asia to be designated to the USP-Tucson for her protection, while knowing, that this High Security Prison has a high population of those convicted of sexual offenses against vulnerable victims

16) The USP-Tucson was and is a violent institution, with a history of sexual assaults, stabbings and inmate on inmate brutal attacks

17) The Plaintiff Ashliegh, is forced on an Unit with over 120 men, who threatens her[*1] and sexually harasses her, this has prevented her from enjoying the basic neccessities

18) Ashliegh has brought this severe matter to both the Defendants, being M. Rios and TEC, seeking, a relief from them to house me in a female prison, like other Transgender inmates in their custody

19) The Defendants has done nothing, to take reasonable measures to lessen, the substantial risk of irreparable harm this Transgender is enduring

20) The Plaintiff Asia is forced on an Unit with over 120 men, who threatens her[*2] and sexually harasses her, this has prevented her from enjoying the basic neccessities

21) Asia has brought this severe matter to both the Defendants being M. Rios and TEC, seeking, a relief from them to house

---

[*1] As one inmate who threatened just recently is Anthony Nelson cell 104, Echo-2 Unit on 2-13-22 around 6-8 PM AZ. Time zone see unit cameras at Echo Unit 2 dayroom camera at cell 219 door all because I told him to leave me alone.
[*2] refer to first footnote

5

me in a female prison, like other transgender inmates in their custody

22) The Defendants has done nothing, to take reasonable measures to lessen, the substantial risk of irreparable harm this transgender is enduring

23) With the prison officials failing to take reasonable measures, Ashliegh was threatened with a lethal weapon, by a violent inmate on 2-13-22

24) With the prison officials failing to take reasonable measures, Asia was threatened with a lethal weapon, by a violent inmate on 2-13-22

25) If the Defendants initially took reasonable measures to remove Ashliegh from this risky enviornment, she would've never endured that above threat, still in close proximity to that and these violent inmates and in continuous unsafe conditions right now

26) If the Defendants initially took reasonable measures to remove Asia from this risky enviornment, she would've never endured that above threat, still in close proximity to that and these violent inmates and in continuous unsafe conditions right now

27) With the Defendants failing to take reasonable measures to abate Ashliegh's risk, she filed all grievances, but the prison officials failed to process the properly filed timely grievances

6

28) With the Defendants failing to take reasonable measures to abate Asia's risk, she filed all grievances but the prison officials failed to process the properly filed timely grievances

29) These paragraphs hereabove satisfy class action under Rule 23(a)(1), because the class being all Trans prisoners in the Bureau of Prisons (B.O.P.), is over 1,000 people and it being so large, everyone cannot appear in court

2) Rule 23(a)(2), the question of Law that is similar to all transgenders housed in a male prison, is cruel and unusual punishment, Eighth Amendment Violation caused by B.O.P. Policy

3) This claim made by the two transgenders is similar, to the struggle vulnerable transgender girls endure, being confined around all violent male prisoners

4) With these Transgenders initiating this life or death emergency injunction, for the efficiency to ajudicate justice, this court can order a class counsel, pursuant to Rule 23(g), this will fairly and adequately protect the interest of the class, just by the Plaintiffs notifying this court of the dangers us Transgenders face in all violent male prisons

30) Additionally, Rule 23(b) requires any one of ONE, TWO or THREE is True. 23(b)(1)(b) would be satisfied, due to the rulings for one individual (transgender) to be removed from harm, fairly that would dictate the rights of other transgenders that is not in this case

7

31) If parties go at this case individually, there will be nothing in common

32) The supreme law has ruled, that we satisfied all standards to grant Class Certification, see (Wal-Mart Stores, INC. v. Dukes 564 U.S. 338, 131 S. Ct. 2541, 180 L. Ed. 2d 374 2011)

33) The Ninth Circuit, has ruled a ditrict court under these circumstances for granting this class action, is not an abuse of discretion, due to the common questions of law are answerable in one stroke, see (Parsons v. Ryan 754 F.3d. 657, 681 9th cir. 2013)

34) The B.O.P. Policy of classification[*1] for transgenders who identify as a women is Ex Post Facto, because it harms only transgenders, over the systemic Policy, that conflicts with the Eighth Amendment Violation

35) The Plaintiffs faces a substantial risk, being a transgender girl in a High Security, All Male Prison

36) The Defendants knows it and refuses to move us

37) The Federal Supreme Court has ruled, that this satisfies a violation, to the Cruel and Unusual Punishment Clause of the Federal Constitutions Eighth Amendment, see (Farmer v. Brennan 511 U.S. 825, 128 L. Ed. 2d 811, 114 S. Ct. 1970) also see, (Wilk v. Neven 956 F.3d. 1143, 1150 9th Cir. 2020)

---

[*] see (BOP.gov/initial-designation)

8

38) The B.O.P. Policy says housing of inmates is based off of their gender assigned at birth

39) The Supreme Court has ruled that, sex based classification calls for intermediate scrutinty, see (Cleburne v. Cleburne Living Center 473 U.S. 432, 440, 105 S. Ct. 3249 87 L. Ed. 2d 313 1985)

40) Additionally, the Defendants has allowed some transgenders to go to a female prison, opposed to the Plaintiffs whom are also transgenders in their custody. This violates the Equal Protection Clause, because all people of one class should be treated equally, the Ninth Circut holds, see (Lee v. City of Los Angeles 250 F.3d 668, 686 9th Cir. 2001)

41) With narrowing down on intrusive findings, that the Plaintiffs can't walk any other male yards, because of their sexual orientation "Transgenders" and this yard being their last resort for their protection

42) There is no adequate remedy of Law available

43) In respect to prison conditions, Federal Law has authorized this court to offer a relief, see (18 U.S.C. § 3626 (b)

44) The Ninth Circut has ruled, that a remedy for unsafe conditions need not, await a tragic event, see (Rivas v. Jennings 845 Fed. Appx. 530, 534 9th Cir. 2021)

45) The Plaintiffs being transgender girls with feminine

9

appearances, housed in close proximity to violent prisoners, who are convicted of rape crimes, the Plaintiffs faces a risk and issuing an injunction abating their risk of being raped or any other irreparable harm, serves a public interest

46) Both of the Plaintiffs are up for release, back into the public society in two (2) years*1 and if raped in these conditions, causes a risk of public safety by keeping us in these conditions, scientifically proven by congress findings, see (34 U.S.C. §§ 30301)

47) The Plaintiffs contest that, the defendants who are prison officials, placed our lifes in a substantial risk of harm, deliberately, by failing to protect us from violence, at the hands of other inmates. The Defendants actions and inactions violates, common law and the Eighth Amendment to the United States Constitution, including the Equal Protection Clause. Judicial Intervention is needed, to immediately stop an irreparable harm that's about to happen.

## Cause Of Action

The Plaintiffs incorporates the above paragraphs 1-47 to support their cause

48) The Defendants actions and inactions violates the Eighth Amendment, by failing to protect their prisoners from violence at the hands of other prisoners, see (Farmer v. Brennan 511 U.S. 825, 128 L. Ed. 2d 811, 114 S.Ct. 1970) for
- Cruel and unusual Punishment

49) The Defendants' actions and inactions violates the Fifth Amendment, Equal Protection Clause, due to their sex based classification, see (Cleburne v. Cleburne Living Center 473 U.S. 432, 440, 105 S.Ct. 3249 87 L.Ed. 2d 313 1985)

50) Federal Law authorizes this court to intervene in prison conditions, when Federal Law requires it to, see (18 U.S.C § 3626 (b)

## Relief

Wherefore, the Plaintiffs demand Trial by Jury

1) Liberally construe the pleadings in the Pro-se's litigants favor

2) Grant a Counsel under these extraordinary and emergency circumstances under class Counsel Rule 23(g)

3) Liberally construe in the Pro-se's favor, by granting a class certification under Rule 23

4) All transgender inmates and future transgender inmates in the B.O.P., to be allowed to join in on this class action

5) A Declaratory Judgement, declaring that the defendants and their policy violates Federal Law

6) A TRO, see attached memorandum for full details

7) A Preliminary and permanent injunction, directing the Defendants to stop housing transgender inmates diagnosed with Gender Dysphoria, in all male prisons, only in the female prisons

8) In furthurance of this injunction, direct the Defendants to, <u>not</u>, use "any" adverse actions and inactions against the plaintiffs, and any other transgenders in their custody, by placing them in the Special Housing Unit (SHU)

9) Declare the Defendants, to impliment a policy that is system wide, to initially designate all transgenders diagnosed with Gender Dysphoria, upon their self identity, to a female prison

Submitted in good faith without prejudice in support of attached Declarations

2-14-22

Pro-se Plaintiffs

x _____    x _____
Ms. Ashdon Schexnayder # 51670-074    Ms. Antonio Crawford # 43793-424
United States Penitentiary      United States Penitentiary
P.O. Box 24550                  P.O. Box 24550
Tucson, AZ. 85734               Tucson, AZ. 85734

# CERTIFICATE OF SERVICE

I (Antonio Crawford) Certify that on 2-14-22 I Placed This Foregoing In the mail to be delivered to the Clerk to Electronically File the Foregoing Participants In this Case will Automaticly be Served by The ECF/CMS Sysem

Subscribed and Sworn to me on 2-14-22

X _____

Antonio Crawford